# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB 6 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-HYB6,<br><br>      Plaintiff-Appellee,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>      Defendant-Appellant,<br><br>and<br><br>SBH 2 HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br>      Defendants, | No. 20-15019<br><br>DC Case No.: 2:16-cv-01129-RFB-DJA<br>District of Nevada, Las Vegas<br><br>**STIPULATION TO DISMISS APPEAL** |

      Appellee, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders Of CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-HYB 6 Mortgage Pass-Through Certificates Series 2005-HYB6, and Appellant, SFR Investments Pool 1, LLC stipulate and agree to dismiss the above-

- 1 -

captioned appeal, each party to bear its own fees and costs. Fed. R. App. P. 42(b).

DATED this 4th day of January, 2021.

| KIM GILBERT EBRON | AKERMAN LLP |
|---|---|
| /s/*Jacqueline A. Gilbert*<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301<br>Email: jackie@kgelegal.com<br><br>*Attorneys for SFR Investments Pool, 1, LLC* | /s/*Rex D. Garner*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8726<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: ariel.stern@akerman.com<br>Email: rex.garner@akerman.com<br>*Attorneys for The Bank of New York Mellon* |